# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00273-CV

### J. A. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-FM-11-004474, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. A. B. filed his notice of appeal on April 1, 2013. The appellate record was complete May 1, 2013, making appellant's brief due May 21, 2013. To date, appellant's brief has not been filed.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than June 7, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 28, 2013.

Before Chief Justice Jones, Justices Goodwin and Field